**Not for Publication**

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| DWAYNE MANN,<br><br>     *Plaintiff*,<br><br>v.<br><br>NEW JERSEY DEPARTMENT OF CORRECTIONS, et al.,<br><br>     *Defendant*. | Civil Action No. 20-10486<br><br>**ORDER** |

**John Michael Vazquez, U.S.D.J.**

    This matter comes before the Court on the October 12, 2021 Report and Recommendation (the "R&R") of Magistrate Judge Jessica S. Allen. D.E. 36. The R&R addressed Plaintiff's unopposed motion to remand this case to the Superior Court of New Jersey, D.E. 32, and recommends that this Court grant the motion; and it

    **APPEARING** that the parties were advised as to the dates that any objections to this R&R were to be served and filed. *See* R&R at 6-7; and it

    **APPEARING** that no objections to the R&R have been received and the time for filing any objections has expired; and it

    **APPEARING** that "where no objections are made in regard to a report or parts thereof, the district court will adopt the report and accept the recommendation if it is 'satisf[ied] . . . that there is no clear error on the face of the record.'" *Sportscare of Am., P.C. v. Multiplan, Inc.*, No.

10-4414, 2011 WL 500195, at *1 (D.N.J. Feb. 10, 2011) (quoting Fed. R. Civ. P. 72 Advisory Committee's Notes); and it

**APPEARING** that this Court independently reviewed the record and the R&R, this Court found no clear error on the face of the record, and this Court hereby adopts it as the Opinion of this Court;

**THEREFORE**, for the foregoing reasons, and for good cause shown,

**IT IS** on this 28th day of October, 2021,

**ORDERED** that the Court adopts the Report and Recommendation, D.E. 36, in its entirety, and Plaintiff's motion to remand, D.E. 32, is **GRANTED**; and it is further

**ORDERED** that this matter is remanded to the Superior Court of New Jersey; and it is further

**ORDERED** that the Clerk of the Court is directed to close this matter.

_____
John Michael Vazquez, U.S.D.J.